IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY R. SANDIFER                                                   PLAINTIFF

VS.                         CASE NO. 06-CV-1043

TIME INSURANCE COMPANY,
f/k/a FORTIS INSURANCE COMPANY                        DEFENDANT

**ORDER**

On October 26, 2006, the Plaintiff filed his First Amended Complaint. (Doc. No. 10). Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend his pleadings once as a matter of course at any time before a responsive pleading is served, otherwise, a party may amend his pleadings only by leave of court or by written consent of the adverse party. An answer has been filed in this matter, therefore, Plaintiff must first obtain leave of the Court before an amended complaint may be filed. Accordingly, the Court finds Plaintiff's First Amended Complaint (Doc. No. 10) filed on October 26, 2006 should be and hereby is struck from the docket. If Plaintiff wishes to amend his complaint, he must file a motion to amend complaint, along with a copy of the amended complaint attached to the motion. *See* Local Rule 5.5(e).

IT IS SO ORDERED, this 27th day of October, 2006.

                                                /s/Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge