IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY SANDIFER                                                                                                PLAINTIFF

V.                                      Case No. 06-CV-1043

TIME INSURANCE COMPANY,
F/K/A FORTIS INSURANCE COMPANY                                                    DEFENDANT

## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, a Stipulation for Dismissal has been submitted in the above-styled cause.  (Doc. 49).  The stipulation of dismissal is signed by both all parties, and the parties indicate that the Court should dismiss the above-styled cause with prejudice.  The Court approves the stipulation.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice.

Dated this 30th day of July, 2007.

                          /s/ Harry F. Barnes
                         Hon. Harry F. Barnes
                         United States District Judge